■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. CLARK, Appellant. [692 NYS2d 777] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered July 28, 1998, convicting defendant upon his plea of

guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Pursuant to a negotiated plea bargain, defendant pleaded guilty to a reduced charge of attempted criminal sale of a controlled substance in the third degree in satisfaction of two indictments and was sentenced as a second felony offender to a term 4 to 8 years in prison. Defendant now argues that this sentence was harsh and excessive principally due to his troubled childhood. Nevertheless, a sentence within permissible statutory ranges will not be disturbed unless extraordinary circumstances exist warranting a modification (*see, People v Dolphy*, 257 AD2d 681, 684-685, *lv denied* 93 NY2d 872). Here, given defendant's criminal record and the details contained in the record, we find no reason to disturb the negotiated sentence in the interest of justice (*see, id.*).

Cardona, P. J., Mikoll, Crew III, Spain and Graffeo, JJ., concur. Ordered that the judgment is affirmed.